App. Div.]          First Department, July, 1916.

EDWARD LOVITT v. ILLINOIS SURETY COMPANY.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

JOHN A. KINGSBURY, Commissioner, on Complaint of MARY BRADY, v. HENRY FREED.— Motion denied. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

THE R. & L. COMPANY v. HERMAN A. METZ.— Motion granted; question certified. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

JOHN D. OSTRANDER, as Administrator, etc., v. HOLBROOK, CABOT AND ROLLINS CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

JOSEPHINE ABADIE v. HYDE REAL ESTATE CORPORATION.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

GEORGE TAUZA v. SUSQUEHANNA COAL COMPANY.— Motion granted. Order to be settled on notice. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of ABRAM KAPLAN, Deceased.— Motion denied. Present — Clarke, P. J., McLaughlin Scott, Smith and Page, JJ.

CONTINENTAL COAL, LAND AND TIMBER COMPANY v. RINGLAND F. KILPATRICK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of ROSEDALE AVENUE and ST. LAWRENCE AVENUE (MORRIS KUSHNER).— There is no necessity for a reargument. Submit papers for resettlement of the order heretofore entered, said resettled order to fix the amount of the lien. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

ELEANOR B. FOX, by CHARLES BLANDY, Her Guardian ad Litem, v. KATHERINE O'BRIEN, Individually and as Executrix and Trustee, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

LOUIS EISEN and Others v. CHARLES A. BAUDOUINE and Others.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin Scott, Smith and Page, JJ.

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY.— Motion granted. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of JOSEPH M. WILLIAMS, an Attorney.— Proceedings dismissed. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Smith, JJ.

In the Matter of ALEXANDER MICHAELSON, an Attorney.— Application denied. Order to be settled on notice. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of FRANK LESLIE, Also Known as MRS. FRANK LESLIE. — Application denied. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

GUISEPPE LOFFREDO v. JOHN PALMIERI.— Motion to dismiss appeal granted, with ten dollars costs. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.